

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-23-00122-CV

William Wesley **RUTH**,
Appellant

v.

**COMMISSION FOR LAWYER DISCIPLINE**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 16375
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs are assessed against appellant William Wesley Ruth.

SIGNED July 24, 2024.

Luz Elena D. Chapa, Justice